Honorable Robert H. Whaley
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KATHERINE M. BYRNE, | |
| Plaintiff, | NO. CV-03-0246-RHW |
| v. | STIPULATED JUDGMENT |
| WASHINGTON STATE UNIVERSITY, | |
| Defendant. | |

Judgment Summary (RCW 4.64.030):

Judgment Creditor:       Plaintiff, KATHERINE BYRNE

Judgment Creditor's Attorney(s): The Blankenship Law Firm, P.S. by Scott C.G. Blankenship and Stephen Carpenter Jr.

Judgment Debtor:       State of Washington

Judgment Amount:       1) $250,000.00 (TWO HUNDRED FIFTY THOUSAND DOLLARS and No/100 Dollars); and
2) a letter placed in Plaintiff's personnel file that tenure is granted pursuant to the settlement agreement with the agreement that Plaintiff will never apply for or accept employment at Washington State University or the State of Washington

Taxable Costs, interests and Attorney Fees: Included in Judgment

1  THIS MATTER having come on regularly before the undersigned judge of
2  the above-entitled Court; and the Plaintiff, KATHERINE BYRNE, acting by and
3  through The Blankenship Law Firm, P.S. by Scott C.G. Blankenship and
4  Stephen Carpenter Jr., and the Defendant, State of Washington, Washington State
5  University, acting by and through Robert M. McKenna, Attorney General, Amy
6  C. Clemmons and Jarold P. Cartwright, Assistant Attorneys General; and these
7  parties having made a stipulation entering judgment against the Defendant in
8  order to settle this case and avoid the costs and risks associated with trial.
9  Liability is disputed, and this judgment does not reflect any admission or finding
10 of liability against Defendant.

11 IT IS HEREBY ORDERED That the Plaintiff, KATHERINE BYRNE,
12 shall have judgment against the Defendant State of Washington, Washington
13 State University for the total sum of TWO HUNDRED FIFTY THOUSAND
14 DOLLARS and No/100 Dollars ($250,000.00) to be paid within ten days of the
15 date of this order; Within 30 days, a letter shall be placed in Plaintiff's personnel
16 file reflecting tenure is being granted as part of the settlement of this litigation
17 with the agreement that Plaintiff will never apply for or accept employment with
18 the Defendant Washington State University or the State of Washington.
19 Additionally, any attorney's fees costs, litigation expenses, liens, subrogated
20 interests, or bills, of which Plaintiff's counsel has actual or constructive notice,
21 shall be resolved out of these gross amounts.  Even if these amounts exceed the
22

amount of settlement, Defendant shall have no liability for any such expenses, liens, interest or bills.

IT IS HEREBY ORDERED the Defendant, State of Washington, Washington State University, shall in the next ten days make a check payable to "The Blankenship Law Firm, P.S. in trust for Katherine Byrne", in the amount of TWO HUNDRED FIFTY THOUSAND DOLLARS and No/100 Dollars ($250,000.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That pursuant to the terms of the parties agreed settlement, this matter shall be dismissed with prejudice and without costs or fees.

DATED this 3rd day of October, 2007.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Court